25-397-CLM

Case 5:25-cv-00397-CLM   Document 5   Filed 04/07/25   Page 1 of 2

2025 Apr-07 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TrueAccord Corp
16011 College Blvd, Suite 130
Lenexa, KS 66219

9590 9402 8936 4064 8772 95

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Dawneshia
C. Date of Delivery: 4-2-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2025 APR -7 P 1:38
ali
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



USPS TRACKING #

9590 9402 8936 ... 4 8772 95

United States Postal Service

APR 07 2024
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, Alabama 35801

Official Business