# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

**DANA LANGFORD,**
    Plaintiff,

**v.**

**TRUEACCORD CORP.,**
    Defendant.

Case No. 5:25-cv-397-CLM

## DISMISSAL ORDER

Plaintiff Langford filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 8). Accordingly, the court **DISMISSES** this case **WITH PREJUDICE**, each party to bear their own attorney's fees, costs, and expenses.

The court **DIRECTS** the Clerk of Court to close this case.

**DONE** and **ORDERED** this July 1, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE